FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 05 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------
IVALINA PASSE,

JUDGMENT
02-CV- 6494 (ERK)

                           Plaintiff,

    -against-

THE CITY OF NEW YORK,

                           Defendant.
------------------------------------------------------------------X

        An Order of Honorable Edward R. Korman, United States District Judge, having having been filed on February 4, 2009, adopting the Report and Recommendation of Magistrate Judge Marilyn D. Go, dated January 5, 2009, granting the defendant's motion to dismiss the action for failure to prosecute and for failure to comply with the Orders of the Court; it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Marilyn D. Go is adopted; and that judgment is hereby entered granting the defendant's motion to dismiss the action for failure to prosecute and for failure to comply with the Orders of the Court.


Dated: Brooklyn, New York
        February 04, 2009

                                                      s/Robert C. Heinemann
                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court